13014. LEATHERWOOD *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial; the evidence supports the verdict, and the judgment is *Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 18, 1922.

Indictment for assault with intent to murder; from Haralson superior court — Judge Irwin. September 15, 1921.

*Mundy & Watkins,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.

---

13025. GRANT *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contains no special grounds; there is ample evidence to support the verdict, which has the approval of the presiding judge, and this court is powerless to interfere.
*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 18, 1922.

Indictment for assault with intent to murder; from Taliaferro superior court — Judge Shurley. October 30, 1921.

*Hugh E. Combs, James A. Mitchell,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.